## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| HAMM, PENNY C. | Case No. 17-81489 |
| Debtor(s) | JUDGE THOMAS M. LYNCH |

### CERTIFICATE OF SERVICE

The undersigned certifies that on November 1, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Paul R. Idlas
1099 N. Corporate Circle, Suite K
Grayslake, IL  60030
pidlas@aol.com

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715
USTPRegion11.MD.ECF@usdoj.gov

                                                        /s/ Colleen M. Lemek

Joseph D. Olsen, Trustee
YALDEN, OLSEN & WILLETTE
1318 East State Street
Rockford, IL 61104-2228
815-965-8635 (phone)
815-965-4573 (fax)
jolsenlaw@comcast.net

NFR Certificate of Service.wpd

Penny C. Hamm
3567 Plymouth Lane
Island Lake, IL 60042-9566

Capital One Bank (USA), N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

TD Bank, USA
by American InfoSource LP as Agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

Portfolio Recover Associates, LLC
Successor to Synchrony Bank
(Old Navy)
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recover Associates, LLC
Successor to Synchrony Bank
(JC Penney)
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recover Associates, LLC
Successor to Synchrony Bank
(Walmart Credit Card)
P.O. Box 41067
Norfolk, VA 23541

Portfolio Recover Associates, LLC
Successor to Synchrony Bank
(JC Penney Credit Card)
P.O. Box 41067
Norfolk, VA 23541