# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: HAMM, PENNY C.                                     § Case No. 17-81489
                                                          §
                                                          §
Debtor(s)                                                 §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $2,537.00                  Assets Exempt: $4,650.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,977.62   Claims Discharged
                                             Without Payment: $18,304.80

Total Expenses of Administration: $6,857.79

3) Total gross receipts of $ 15,835.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,835.41 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,857.79 | 6,857.79 | 6,857.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 27,282.42 | 27,282.42 | 8,977.62 |
| **TOTAL DISBURSEMENTS** | $0.00 | $34,140.21 | $34,140.21 | $15,835.41 |

4) This case was originally filed under Chapter 7 on June 22, 2017. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/12/2019         By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 ─ GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| IRA: Edward Jones | 1129-000 | 15,835.41 |
| **TOTAL GROSS RECEIPTS** | | **$15,835.41** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 ─ FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 ─ SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 ─ CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Other - JOSEPH D. OLSEN - JOSEPH D. OLSEN | 2100-001 | N/A | 2,333.54 | 2,333.54 | 2,333.54 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 34.00 | 34.00 | 34.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 4,140.25 | 4,140.25 | 4,140.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$6,857.79** | **$6,857.79** | **$6,857.79** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 3,814.01 | 3,814.01 | 1,255.05 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 2,307.44 | 2,307.44 | 759.29 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 5,352.43 | 5,352.43 | 1,761.28 |
| 4 | Capital One, N.A. | 7100-000 | N/A | 3,536.92 | 3,536.92 | 1,163.87 |
| 5 | TD Bank, USA | 7100-000 | N/A | 3,703.48 | 3,703.48 | 1,218.67 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 2,316.59 | 2,316.59 | 762.30 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 4,215.67 | 4,215.67 | 1,387.22 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 1,455.76 | 1,455.76 | 479.04 |
| 9 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 580.12 | 580.12 | 190.90 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $27,282.42 | $27,282.42 | $8,977.62 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81489  **Trustee:** (330400) JOSEPH D. OLSEN
**Case Name:** HAMM, PENNY C.  **Filed (f) or Converted (c):** 06/22/17 (f)
 **§341(a) Meeting Date:** 08/10/17
**Period Ending:** 02/12/19  **Claims Bar Date:** 11/17/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 2 | Checking Account: Huntington Bank<br>Imported from original petition Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 3 | Utensils, pots and pans, table, chairs, lamps, c<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothes<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 5 | Jewelry<br>Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 6 | Int. in Ins. policies: Aids to American Lutheran<br>Imported from original petition Doc# 1 | 1,600.00 | 0.00 | | 0.00 | FA |
| 7 | IRA: Edward Jones<br>Imported from original petition Doc# 1  (See Footnote) | 16,000.00 | 13,887.00 | | 15,835.41 | FA |
| 8 | Dog<br>Imported from original petition Doc# 1 | 2.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$18,537.00** | **$13,887.00** | | **$15,835.41** | **$0.00** |

RE PROP# 7   Cash value of IRA account less $2,133 exemption and customary account fees (see Stipulated Order,
Doc 7, entered on 9/19/2018).

**Major Activities Affecting Case Closing:**

Conducted first meeting of creditors, determined that the pension and retirement funds she claimed were really an inheritance and have determined to administer that property have hired attorneys have filed an objection to the Debtor's claim of exemption in the inheritance and it is to be heard in January of 2018 assume file will resolve itself sometime in 2018.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2018   **Current Projected Date Of Final Report (TFR):**   November 1, 2018  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-81489  
**Case Name:** HAMM, PENNY C.  
**Taxpayer ID #:** **-***7045  
**Period Ending:** 02/12/19  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******6366 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/18 | {7} | Edward Jones | Pursuant to Stipulated Order (Doc 7) entered on 9/19/2018 in adversary proceeding | 1129-000 | 15,835.41 | | 15,835.41 |
| 11/29/18 | 101 | Capital One Bank (USA), N.A. | Check for Claim No. 1 | 7100-000 | | 1,255.05 | 14,580.36 |
| 11/29/18 | 102 | Capital One Bank (USA), N.A. | Check for Claim No. 2 | 7100-000 | | 759.29 | 13,821.07 |
| 11/29/18 | 103 | Capital One Bank (USA), N.A. | Check for Claim No. 3 | 7100-000 | | 1,761.28 | 12,059.79 |
| 11/29/18 | 104 | Capital One, N.A. | Check for Claim No. 4 | 7100-000 | | 1,163.87 | 10,895.92 |
| 11/29/18 | 105 | TD Bank, USA | Check for Claim No. 5 | 7100-000 | | 1,218.67 | 9,677.25 |
| 11/29/18 | 106 | Portfolio Recovery Associates, LLC | Check for Claim No. 6 | 7100-000 | | 762.30 | 8,914.95 |
| 11/29/18 | 107 | Portfolio Recovery Associates, LLC | Check for Claim No. 7 | 7100-000 | | 1,387.22 | 7,527.73 |
| 11/29/18 | 108 | Portfolio Recovery Associates, LLC | Check for Claim No. 8 | 7100-000 | | 479.04 | 7,048.69 |
| 11/29/18 | 109 | Portfolio Recovery Associates, LLC | Check for Claim No. 9 | 7100-000 | | 190.90 | 6,857.79 |
| 11/29/18 | 110 | Clerk of the United States Bankruptcy Court | Adversary Filing Fee 18-96026 | 2700-000 | | 350.00 | 6,507.79 |
| 11/29/18 | 111 | Attorney Joseph D Olsen | ATTORNEY FEES & EXPENSES | 3110-000 | | 4,140.25 | 2,367.54 |
| 11/29/18 | 112 | JOSEPH D. OLSEN | ATTORNEY FEES & EXPENSES | 2200-000 | | 34.00 | 2,333.54 |
| 11/29/18 | 113 | JOSEPH D. OLSEN | TRUSTEE'S FEES & EXPENSES | 2100-001 | | 2,333.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,835.41 | 15,835.41 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,835.41 | 15,835.41 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $15,835.41 | $15,835.41 | |

Net Receipts : 15,835.41  
Net Estate : $15,835.41  

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******6366** | 15,835.41 | 15,835.41 | 0.00 |
| | $15,835.41 | $15,835.41 | $0.00 |

{} Asset reference(s)

Printed: 02/12/2019 11:55 AM   V.14.50